# IN THE SUPREME COURT OF TEXAS

No. 18-0383

IN RE EMMA PEREZ TREVINO, CARLOS SANCHEZ, MARCI CALTABIANO-PONCE, VALLEY MORNING STAR, THE MCALLEN MONITOR, AND AIM MEDIA TEXAS, LLC

ON PETITION FOR WRIT OF MANDAMUS

**ORDERED:**

1.      Relators' motion for temporary relief, filed December 7, 2018, is granted. See T.R.A.P. 52.10(b).  The Court restrains real party in interest from spending, dissipating, depleting, secreting, or otherwise moving, transferring, or burdening funds and assets, other than in the ordinary course of business or for reasonable and necessary household and living expenses.

2.      Response to motion for temporary relief is due no later than December 17, 2018.

3.      The petition for writ of mandamus remains pending before this Court

Done at the City of Austin, this December 10, 2018.

BLAKE A. HAWTHORNE, CLERK
SUPREME COURT OF TEXAS

BY MONICA ZAMARRIPA, DEPUTY CLERK